UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Mar 20 2024

Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVON MORGAN, # 240443                      PLAINTIFF

VERSUS                      CIVIL ACTION NO. 2:23cv58-KS-MTP

JONES COUNTY, MISSISSIPPI;
DISTRICT ATTORNEY'S OFFICE;
JUDGE DAL WILLIAMSON; CHARLE E.
CLAWSON; WILL SHELTON; and JONES
COUNTY PUBLIC DEFENDER'S OFFICE            DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE